**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PAMELA CARTER-FROST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DISTRICT OF COLUMBIA, | ) Civil Action No. 15-930 (EGS) |
| Defendant. | ) ) ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the defendant's motion for summary judgment as to the plaintiff's gender discrimination claim is **DENIED**. Only Ms. Carter-Frost's gender discrimination regarding the defendant's decision to laterally transfer her to the Fifth District for patrol work may proceed; and it is further

**ORDERED** that the defendant's motion for summary judgment as to plaintiff's retaliation claim is **GRANTED**; and it is further

**ORDERED** that the defendant's motion for summary judgment as to the plaintiff's hostile work environment claim is **GRANTED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**April 9, 2018**